In the Matter of the Application of the CITY OF New YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of Van Alst Avenue in the Borough of Queens.
GEORGE E. PAYNE et al., Appellants; JAMES W. GERARD et al., Respondents.

*Matter of City of New York (Van Alst Avenue),* 161 App. Div. 944, affirmed.
(Argued September 30, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

March 20, 1914, which affirmed an order of Special Term directing payment of an award theretofore made to "unknown owners" in street opening proceedings.

*Clarence Edwards* for George E. Payne, appellant.

*R. A. Mansfield Hobbs, Arthur C. Bostwick* and *Hartwell P. Heath* for Joseph Wild & Company, appellant.

*Nathan A. Smyth* for James W. Gerard et al., respondents.

*Frank L. Polk, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Absent: CARDOZO, J.